UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROSA ZAYAS, et al.,

                              Plaintiffs,

        -against-

DAVID C. BANKS, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**REVISED SCHEDULING ORDER**

22-cv-07112 (KPF)

       **IT IS HEREBY ORDERED** that

       1)      Defendants shall file their opposition to Plaintiffs' motion for Summary Judgment and their Cross-Motion for Summary Judgment on or before June 2, 2023.

       2)      Plaintiffs shall file their opposition to Defendants' Cross-Motion and Reply in Further Support of their motion for Summary Judgment on or before July 3, 2023.

       3)      Defendants shall file their Reply in Further Support of their Cross-Motion for Summary Judgment on or before July 17, 2023.

       4) The Clerk of Court is directed to terminate the motion at docket entry 22.

  SO ORDERED.

Dated:     May 2, 2023
               New York, New York

KATHERINE POLK FAILLA
United States District Judge