UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ROSA ZAYAS, *as Parent and Natural Guardian of R.Z.*; ROSA ZAYAS, *individually*; EDWIN ZAYAS, *as Parent and Natural Guardian of R.Z.*; and EDWIN ZAYAS, *individually*,

                        Plaintiffs,                  22 **CIVIL** 7112 (KPF)

      -against-                                 **JUDGMENT**

DAVID C. BANKS, *in his official capacity as Chancellor of New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendants.

------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated January 19, 2024, the Court DENIES Plaintiffs' motion for summary judgment and GRANTS Defendants' cross-motion for summary judgment, both in full. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates. Accordingly, this case is closed.

**Dated:**  New York, New York
           January 19, 2024

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court

                                       **BY:**

                                                                 **Deputy Clerk**